IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN THE MATTER OF:

LUHR BROS., INC., for Exoneration from
or Limitation of Liability,

       Plaintiff-Petitioner

Case No.:

_____/

## STIPULATION FOR COSTS

WHEREAS, a Complaint has been filed in this District Court by Plaintiff Luhr Bros., Inc., as owner of the LB 148, praying for exoneration from or, alternatively, limitation of liability, under the provision of 46 U.S.C. §30501 et seq., as applicable, for the reasons and causes mentioned in said Complaint and praying that a notice issue to all persons asserting claims with respect to the said Complaint, the said Plaintiff hereby consents and agrees that in case of default or contumacy on the part of Plaintiff or its surety, execution may issue against Plaintiff's goods, chattels, and lands, for the sum of One Thousand and No/100 Dollars ($1,000.00).

NOW, THEREFORE, it is hereby stipulated and agreed for the benefit of whom it may concern that the Plaintiff herein and the stipulation as signed shall be and each of them is hereby bound in the sum of One Thousand and No/100 Dollars ($1,000.00), conditioned that Plaintiff above-named shall pay all costs and expenses which shall be awarded against it by the decree of this Court or upon appeal by the Appellate Court.

1

        Respectfully submitted,

        LAU, LANE, PIEPER,
        CONLEY, & McCREADIE, P.A.

By:   */s/ David W. McCreadie*
        DAVID W. McCREADIE
        Florida Bar No. 308269
        ELBERT L. MARTIN, IV
        Florida Bar No. 98010
        100 South Ashley Drive, Ste. 1700
        Tampa, FL 33602
        (813) 229-2121 – Telephone
        (813) 228-7710 – Facsimile
        dmccreadie@laulane.com

        Attorneys for Plaintiff-Petitioner