UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUHR BROS., INC.,

    Petitioner,

v.                                    Case No: 8:18-cv-2365-T-30TGW

WILLIE J. RICHARDSON, JR.,

    Respondent.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. 37). The Court notes that neither party filed written objections to the Report and Recommendation and the deadline for filing such objections has passed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 37) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Richardson's Motion to Dismiss and/or Transfer Venue (Dkt. 14) is granted in part, to extent that the case is transferred to the United States District Court for the Southern District of Texas, Galveston Division.

3. The Clerk is directed to transfer this case to the United States District Court for the Southern District of Texas, Galveston Division.

4. Upon transfer, the Clerk is directed to close the instant case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of August, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record